**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BILLY RALPH EPPS, ID # 36428-177,** | ) | |
| Movant, | ) | |
| vs. | ) | No. 3:09-CV-264-D |
| | ) | No. 3:07-CR-213-D (01) |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and movant's October 5, 2009 objections, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SIGNED** October 21, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE